UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04cr3030 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON REQUEST FOR HEARING |
| vs. | ) | ON RULE 35(b) MOTION |
| | ) | |
| MIGUEL CARRANZA, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America has requested a hearing on its previously filed Motion for Reduction of Sentence.

IT IS ORDERED that:

1. the Request for Hearing on Rule 35(b) Motion, filing 26, is granted;

2. the hearing will be held on August 1, 2007, at 11:00 a.m. in Courtroom 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. counsel for the defendant has informed the court that the defendant does not want to be present; however, if the defendant decides to attend his Rule 35(b) motion, counsel for the defendant shall notify the court and a new date for the hearing will be scheduled for a time when the U.S. Marshal can have the defendant present for the hearing.

Dated July 16, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge